UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **LEONA FAREN,** | * | |
|     **Plaintiff,** | * | |
| **v.** | * | Case No. 1:23-cv-01270-MJM |
| **ZENIMAX ONLINE STUDIOS, LLC** | * | |
| **and** | * | |
| **AP BENEFIT ADVISORS, LLC,** | * | |
|     **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

Please enter the appearance of Stephanie K. Baron and Miles & Stockbridge P.C. as counsel for the Defendant, ZeniMax Online Studios, LLC, in the above-captioned matter.

June 29, 2023

                                                          Respectfully submitted,

                                                          */s/ Stephanie K. Baron*
                                                          Stephanie K. Baron (Fed. Bar No. 27417)
                                                          MILES & STOCKBRIDGE P.C.
                                                          100 Light Street
                                                          Baltimore, Maryland 21202
                                                          (410) 727-6464
                                                          (410) 385-3700 (facsimile)
                                                          sbaron@milesstockbridge.com

                                                          ***Attorney for ZeniMax Online Studios, LLC***

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 29th day of June 2023, a copy of the foregoing **Notice of Appearance** was served on all counsel of record, electronically, via this Court's electronic filing system.

*/s/ Stephanie K. Baron*
Stephanie K. Baron