UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **LEONA FAREN,** | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:23-cv-01270-MJM |
| **ZENIMAX ONLINE STUDIOS, LLC** | * | |
| **and** | * | |
| **AP BENEFIT ADVISORS, LLC,** | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

Please enter the appearance of Victoria K. Hoffberger and Miles & Stockbridge P.C. as counsel for the Defendant, ZeniMax Online Studios, LLC in the above-captioned matter.

June 29, 2023

Respectfully submitted,

*/s/ Victoria K. Hoffberger*
Victoria K. Hoffberger (Fed. Bar No. 21231)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
(410) 727-6464
(410) 385-3700 (facsimile)
vhoffberger@milesstockbridge.com

***Attorney for ZeniMax Online Studios, LLC***

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 29th day of June 2023, a copy of the foregoing **Notice of Appearance** was served on all counsel of record, electronically, via this Court's electronic filing system.

/s/ *Victoria K. Hoffberger*
Victoria K. Hoffberger