# EXHIBIT A

| | |
|---|---|
| **From:** | Baron, Stephanie |
| **Sent:** | Monday, June 26, 2023 12:39 PM |
| **To:** | 'dmclark@benefitcounsel.com' |
| **Cc:** | Pasicolan, Paolo M. |
| **Subject:** | RE: Faren v. ZeniMax |

Good afternoon,

Just following up on my email below from last week. Can you please let me know if you will consent to the requested 30 day extension? I appreciate your consideration.

Thank you!
Stephanie



**Stephanie Baron** | *Principal*
Miles & Stockbridge
direct: +1 (410) 385-3463

---

**From:** Baron, Stephanie
**Sent:** Tuesday, June 20, 2023 11:46 AM
**To:** 'dmclark@benefitcounsel.com' <dmclark@benefitcounsel.com>
**Cc:** Pasicolan, Paolo M. <ppasicolan@milesstockbridge.com>
**Subject:** Faren v. ZeniMax

Ms. Clark,

As I previously advised, I represent ZeniMax Online Studios with respect to the lawsuit you filed on behalf of Leona Faren. I understand that ZeniMax has now been served and that an initial responsive pleading is due on July 5, 2023. Due to vacation schedules and the need to confirm information with various third parties, I am writing to request a thirty day extension – until August 4, 2023 – to file a responsive pleading. Please let me know if you will consent to this request.

I am also still in the process of gathering materials that I hope to be able to provide you shortly for your consideration, which will demonstrate what actions ZeniMax took with respect to Ms. Faren and her COBRA benefits. I remain hopeful that once we are able to get these materials to you, we can consider whether an early resolution of this matter is possible.

Thank you for your consideration and I look forward to hearing back from you.

Stephanie

**Stephanie Baron**
*Principal*

100 Light Street | Baltimore, MD 21202
D: +1 410.385.3463 | O: +1 410.727.6464 | F: +1 410.698.4483



bio | vCard | sbaron@milesstockbridge.com

