UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **LEONA FAREN,** | * |
|     **Plaintiff,** | * |
| **v.** | *   Case No. 1:23-cv-01270-MJM |
| **ZENIMAX ONLINE STUDIOS, LLC** | * |
| **and** | * |
| **AP BENEFIT ADVISORS, LLC,** | * |
|     **Defendants.** | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## **PROPOSED ORDER**

**UPON CONSIDERATION** of Defendant ZeniMax Online Studios, LLC's Motion for Extension of Time to Respond to Plaintiff's Complaint, and any opposition thereto, it is this _____ day of _____ 2023 hereby,

**ORDERED,** that the Motion is **GRANTED;** and it is further

**ORDERED**, that Defendant ZeniMax Online Studios, LLC shall file its Answer to Plaintiff's Complaint, or other responsive pleading, by no later than **August 4, 2023.**

**IT IS SO ORDERED.**

_____
Hon. Matthew J. Maddox

cc:    All parties of record