UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **LEONA FAREN,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | Case No. 1:23-cv-01270-MJM |
| **ZENIMAX ONLINE STUDIOS, LLC** | * | |
| **and** | * | |
| **AP BENEFIT ADVISORS, LLC,** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

Please enter the appearance of Paolo M. Pasicolan and Miles & Stockbridge P.C. as counsel for the Defendant, ZeniMax Online Studios, LLC, in the above-captioned matter.

June 29, 2023

Respectfully submitted,

*/s/ Paolo M. Pasicolan*
Paolo M. Pasicolan (Fed. Bar No. 28334)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
(410) 727-6464
(410) 773-9089  (facsimile)
ppasicolan@milesstockbridge.com

***Attorney for ZeniMax Online Studios, LLC***

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 29th day of June 2023, a copy of the foregoing **Notice of Appearance** was served on all counsel of record, electronically, via this Court's electronic filing system.

*/s/ Paolo M. Pasicolan*
Paolo M. Pasicolan