UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **LEONA FAREN,** | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:23-cv-01270-MJM |
| **ZENIMAX ONLINE STUDIOS, LLC** | * | |
| and | * | |
| **AP BENEFIT ADVISORS, LLC,** | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

UPON CONSIDERATION of Defendant ZeniMax Online Studios, LLC's Motion for Extension of Time to Respond to Plaintiff's Complaint, and any opposition thereto, it is this __5th__ day of __July__ 2023 hereby,

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that Defendant ZeniMax Online Studios, LLC shall file its Answer to Plaintiff's Complaint, or other responsive pleading, by no later than **August 4, 2023.**

**IT IS SO ORDERED.**

/S/
_____
Hon. Matthew J. Maddox

cc:   All parties of record