## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Leona Faren | * | |
| Plaintiff(s) | * | |
| | * | |
| vs. | * | Civil Case No.: 1:23−cv−01270−MJM |
| | * | |
| Zenimax Online Studios, LLC, et al. | * | |
| Defendant(s) | * | |

## SHOW CAUSE ORDER

    Pursuant to Standing Order 2018−04, this case was assigned to a United States Magistrate Judge for all proceedings and each party was notified to file a consent or declination within fourteen (14) days after service and entry of appearance. Leona Faren has not filed a consent or declination and more than fourteen (14) days have passed since notice was issued. Thereby, it is hereby

    ORDERED that Leona Faren is to appear before the designated Chambers Judge on 8/25/2023 at 2:00 p.m. to show cause, if any, why Leona Faren did not file a consent or declination. Leona Faren should proceed to the Clerk's Office to determine the location of the hearing on the scheduled date; and it is further

    ORDERED that this Order shall be vacated if Leona Faren files a consent or declination prior to the show cause hearing date.


Date: <u>July 5, 2023</u>　　　　　　　　　_____/s/_____

                                                                     Matthew J. Maddox
                                                                     United States Magistrate Judge