# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LEONA FAREN,**<br><br>   *Plaintiff*,<br><br> v.<br><br>**ZENIMAX ONLINE STUDIOS, LLC AND AP BENEFIT ADVISORS, LLC**<br><br>   *Defendant*. | Case No. 1:23-cv-01270 |

## NOTICE OF APPEARANCE BY PATRICK T. WILSON ON BEHALF OF DEFENDANT AP BENEFIT ADVISORS, LLC

Please take notice that Patrick T. Wilson of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby enters his appearance for and on behalf of Defendant AP Benefit Advisors, LLC in the above-captioned matter and requests that copies of all pleadings, motions, and other documents filed in this matter be served on the undersigned.

Dated: July 6, 2023

              Respectfully submitted,

              */s/ Patrick T. Wilson*
              Patrick T. Wilson, D. Md. 21592
              OGLETREE, DEAKINS, NASH,
              SMOAK & STEWART, P.C.
              1909 K Street, N.W., Suite 1000
              Washington, DC 20006
              Tel:  (202) 887-0855
              Fax:  (202) 887-0866
              patrick.wilson@ogletreedeakins.com

              *Counsel for Defendant.*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that a true copy of the foregoing was electronically filed and served via the Court's ECF filing system on this 6th day of July 2023, with copies by email to:

>Denise M. Clark, Esq.
>Clark Law Group, PLLC
>1100 Connecticut Avenue, N.W., Suite 920
>Washington, D.C. 20036
>(202) 293-0015
>(202) 293-0115
>dmclark@benefitcounsel,com
>
>*Counsel for Plaintiff.*

>*/s/ Patrick T. Wilson*
>Patrick T. Wilson, D. Md. 21592
>
>*Counsel for Defendant.*