THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LEONA FAREN,**<br><br>   *Plaintiff*,<br><br>v.<br><br>**ZENIMAX ONLINE STUDIOS, LLC AND AP BENEFIT ADVISORS, LCC**<br><br>   *Defendant*. | **Case No. 1:23-cv-01270** |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion to Extend Time to Respond to Plaintiff's Complaint and the entire record herein, it is hereby ORDERED that:

1. The Motion to Extend Time to Respond to Plaintiff's Complaint is **GRANTED**;

2. The existing deadlines shall be updated as follows:

| Event | Current Deadlines | Updated Deadlines |
|---|---|---|
| Deadline for Defendant to respond to Plaintiff's Complaint. | 7/7/2023 | 7/28/2023 |

and it is further ORDERED that the Clerk shall transmit copies of this Order to counsel for the parties.

Dated this ___ day of _____, 2023

                    _____
                    Judge, U.S. District Court for the District of Maryland