## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**LEONA FAREN,**

        *Plaintiff,*

   v.

**Case No. 1:23-cv-01270**

**ZENIMAX ONLINE STUDIOS, LLC AND
AP BENEFIT ADVISORS, LCC**

        *Defendant.*

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's Motion to Extend Time to Respond to Plaintiff's Complaint and the entire record herein, it is hereby ORDERED that:

1. The Motion to Extend Time to Respond to Plaintiff's Complaint is **GRANTED**;

2. The existing deadlines shall be updated as follows:

| Event | Current Deadlines | Updated Deadlines |
|---|---|---|
| Deadline for Defendant to respond to Plaintiff's Complaint. | 7/7/2023 | 7/28/2023 |

and it is further ORDERED that the Clerk shall transmit copies of this Order to counsel for the parties.

Dated this 6th day of __July__, 2023

                   /S/
               _____
               Matthew J. Maddox, Judge
               U.S. District Court for the District of Maryland