UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **LEONA FAREN,** | * | |
|    **Plaintiff,** | * | |
|    v. | * | Case No. 1:23-cv-01270-MJM |
| **ZENIMAX ONLINE STUDIOS, LLC** | * | |
| **And** | * | |
| **AP BENEFIT ADVISORS, LLC** | * | |
| | * | |
|    **Defendants.** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **DISCLOSURE OF CORPORATE AFFILIATION AND FINANCIAL INTEREST**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 103.3, Defendant, ZeniMax Online Studios, LLC ("ZOS" or "the Company") hereby submits this Disclosure of Corporate Affiliation and Financial Interest and states as follows:

1. Defendant is a limited liability company organized under the laws of the State of Delaware and headquartered in Hunt Valley, Maryland.

2. ZOS is a subsidiary of ZeniMax Media Inc. ("ZMI"), a corporation formed under the laws of Delaware.

3. ZMI is owned by Microsoft Corporation, which is a publicly traded company.

4. There are no other corporations, unincorporated associations, partnerships, or other business entities not a party in this case that may have a financial interest in the outcome of the above captioned matter.

2

Dated: July 19, 2023	Respectfully submitted,

 

Respectfully submitted,

*/s/ Stephanie K. Baron*
Stephanie K. Baron (Fed. Bar No. 27417)
Paolo Pasicolan (Fed. Bar No. 28334)
Victoria K. Hoffberger (Fed. Bar No. 21231)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
(410) 727-6464
(410) 385-3700 (facsimile)
sbaron@milesstockbridge.com
ppasicolan@milesstockbridge.com
vhoffberger@milesstockbridge.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of July 2023 a copy of the foregoing was served on all counsel of record, electronically, via this Court's electronic filing system.

*/s/ Stephanie K. Baron*
Stephanie K. Baron (Fed. Bar No. 27417)