UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| LEONA FAREN, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:23-cv-01270-MJM |
| | * | |
| ZENIMAX ONLINE STUDIOS, LLC | | |
| And | * | |
| AP BENEFIT ADVISORS, LLC | * | |
| * | | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S MOTION TO DISMISS
## AND MOTION TO SRIKE

Defendant ZeniMax Online Studios LLC ("ZOS") by and through its undersigned counsel and pursuant to Rule 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure, moves to dismiss the above-captioned Complaint of Leona Faren ("Plaintiff") in its entirety and moves to strike Plaintiff's demand for a jury trial for the reasons set forth in the attached Memorandum of Law.

**WHEREFORE**, ZOS respectfully requests that this Court dismiss Plaintiff's Complaint with prejudice and strike Plaintiff's demand for a jury trial.

Respectfully submitted,

*/s/ Stephanie K. Baron*
Stephanie K. Baron (Fed. Bar No. 27417)
Paolo Pasicolan (Fed. Bar No. 28334)
Victoria K. Hoffberger (Fed. Bar No. 21231)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
(410) 727-6464
(410) 385-3700 (facsimile)
sbaron@milesstockbridge.com

ppasicolan@milesstockbridge.com
vhoffberger@milesstockbridge.com

*Attorneys for ZeniMax Online Studios LLC*
