UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LEONA FAREN,** | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:23-cv-01270-MJM |
| | * | |
| **ZENIMAX ONLINE STUDIOS, LLC** | | |
| And | * | |
| **AP BENEFIT ADVISORS, LLC** | * | |
| * | | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**UPON CONSIDERATION** of Defendant ZeniMax Online Studios LLC's Motion to Dismiss and Motion to Strike, the Memorandum in Support thereof, and any opposition thereto, it is this ____ day of _____, 2023, hereby

**ORDERED** that the Motion to Dismiss be and hereby is **GRANTED**;

**ORDERED** that the Motion to Strike be and hereby is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint is dismissed in its entirety, with prejudice as against Defendant ZeniMax Online Studios LLC.

**IT IS SO ORDERED.**

_____
Hon. Matthew J. Maddox
U.S. District Court Judge