# EXHIBIT C

**From:** Tracey Zerhusen
**Sent:** Friday, June 3, 2022 12:44 PM
**To:** Leona Faren <leonafaren@gmail.com>
**Subject:** RE: [External] COBRA Benefits

Dear Leona,

I am truly sorry to hear that you are experiencing these difficulties, but please understand that like you, ZeniMax has done all that it was supposed to so that your benefits could be continued through COBRA and this issue is outside of the Company's control.  As Michelle confirmed to you yesterday, CareFirst is working diligently to get you set up with COBRA and regardless, your health insurance benefits will be retroactive to June 1 once COBRA is activated.  There should be no gap in coverage.  There is a process and it is being followed, and even expedited at our request.  Please also recall that you voluntarily elected to resign from employment with ZeniMax.  We have repeatedly responded to your concerns and attempted to help you, and will continue to try to do so.   To that end, please find an attached letter that we have drafted to confirm your COBRA coverage, in the hopes that this will assist you.

If there is anything further that we can do, please let me know.  We wish you all the best.

Tracey

18048\000033\4896-0842-0205.v1



June 3, 2022

Re: Leona Faren

To Whom It May Concern:

This letter confirms that Leona Faren has enrolled in COBRA coverage effective June 1, 2022 and is currently enrolled under Medical, Dental and Vision benefits.  Her medical benefits are with CareFirst BCBS and she is enrolled in the 100/80 PPO plan. Please see confirmation below.



Should you need further information in this regard, kindly let me know. I can be reached via email at mcool@zenimax.com or by phone at (301) 354-4321.

Sincerely,

*Michelle Cool*

Michelle Cool
Senior Director, Global Benefits & Compliance