UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **LEONA FAREN,** | * | |
| Plaintiff, | * | |
| v. | * | **Case No. 1:23-cv-01270-MJM** |
| | * | |
| **ZENIMAX ONLINE STUDIOS, LLC** | | |
| And | * | |
| **AP BENEFIT ADVISORS, LLC** | * | |
| * | | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER SEALING EXHIBITS A AND D TO
DEFENDANT ZENIMAX ONLINE STUDIOS LLC'S MOTION TO DISMISS AND
MOTION TO STRIKE PLAINTIFF'S COMPLAINT**

This Court having considered the Motion to Seal Exhibit A and D to Defendant ZeniMax Online Studios LLC's Motion to Dismiss and Motion to Strike Plaintiff's Complaint, any response in opposition thereto, and good cause being shown therefor, it is this _____ day of _____, 2023, hereby ORDERED that:

1. Defendant's Motion to Seal is GRANTED;

2. Exhibits A and D are SEALED;

3. The Clerk of Court SHALL SEAL Exhibits A and D to Defendant's Motion.

_____
Hon. Matthew J. Maddox
U.S. District Court Judge

3