THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LEONA FAREN,**<br><br>*Plaintiff*,<br><br>v.<br><br>**ZENIMAX ONLINE STUDIOS, LLC AND AP BENEFIT ADVISORS, LCC**<br><br>*Defendant*. | Case No. 1:23-cv-01270 |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant AP Benefits Advisors, LLC's Consent Motion to Extend Time to Respond to Plaintiff's Complaint and the entire record herein, it is hereby ORDERED that:

1. The Motion to Extend Time to Respond to Plaintiff's Complaint is **GRANTED**;

2. The existing deadlines shall be updated as follows:

| Event | Current Deadlines | Updated Deadlines |
|---|---|---|
| Deadline for Defendant AP to respond to Plaintiff's Complaint. | 7/28/2023 | 8/18/2023 |

and it is further ORDERED that the Clerk shall transmit copies of this Order to counsel for the parties.

Dated this ___ day of _____, 2023

_____
Judge, U.S. District Court for the District of Maryland