## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**LEONA FAREN,**

      *Plaintiff,*

   v.

**ZENIMAX ONLINE STUDIOS, LLC AND
AP BENEFIT ADVISORS, LCC**

      *Defendant.*

**Case No. 1:23-cv-01270**

## ORDER

UPON CONSIDERATION of Defendant AP Benefits Advisors, LLC's Consent Motion to Extend Time to Respond to Plaintiff's Complaint and the entire record herein, it is hereby ORDERED that:

1.     The Motion to Extend Time to Respond to Plaintiff's Complaint is **GRANTED**;

2.     The existing deadlines shall be updated as follows:

| Event | Current Deadlines | Updated Deadlines |
|---|---|---|
| Deadline for Defendant AP to respond to Plaintiff's Complaint. | 7/28/2023 | 8/18/2023 |

and it is further ORDERED that the Clerk shall transmit copies of this Order to counsel for the parties.

Dated this 27th day of July, 2023

                                      /S/
                        _____

Matthew J. Maddox, Magistrate Judge,
U.S. District Court for the District of
Maryland