# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEONA FAREN <br> 11693 North Shore Drive, Unit #01 <br> Reston, VA 20190 <br><br>       Plaintiff, <br><br> v. <br><br> ZENIMAX ONLINE STUDIOS LLC <br> GROUP, PLLC <br> 200 International Circle <br> Cockeysville, MD 21030 <br><br> And <br><br> AP BENEFIT ADVISORS, LLC <br> 200 Colonial Place Parkway, Suite 140 <br> Lake Mary, FL 32746 <br><br>       Defendants. | Civil Case No: 1:23-cv-01270-MJM |

## NOTICE OF AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a)(1), Plaintiff Vonetta Spraggins hereby submits the attached Amended Complaint, redline Amended Complaint. Plaintiff hereby amends her Complaint as a matter of right. As a result, the pending Motion to Dismiss is moot.

Dated: August 4, 2023

                                                                          Respectfully submitted,

                                                                    /s/Denise M. Clark
                                                        Denise M. Clark (17385)
                                                        Clark Law Group, PLLC
                                                        1100 Connecticut Ave, NW, Ste. 920
                                                        Washington, DC 20036
                                                        Telephone: (202) 655-2239
                                                        Facsimile:  (202)293-0015
                                                        dmclark@benefitcounsel.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon opposing counsels via CM/ECF on August 4, 2023.

      /s/Denise M. Clark
      Denise M. Clark