# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| LEONA FAREN, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:23-cv-01270-MJM |
| ZENIMAX ONLINE STUDIOS, LLC, | * | |
| and | * | |
| AP BENEFIT ADVISORS, LLC, | * | |
| | * | |
| Defendants. | | |

* * * * * * * * * * * * *

### DEFENDANT ZENIMAX ONLINE STUDIO LLC'S MOTION TO DISMISS AND MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT

Defendant ZeniMax Online Studios LLC ("ZOS") by and through its undersigned counsel and pursuant to Rule 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure, moves to dismiss the above-captioned Amended Complaint of Leona Faren ("Plaintiff") in its entirety and, alternatively moves to strike Plaintiff's demand for a jury trial for the reasons set forth in the attached Memorandum of Law.

**WHEREFORE**, ZOS respectfully requests that this Court dismiss Plaintiff's Amended Complaint with prejudice and/or alternatively, strike Plaintiff's demand for a jury trial.

Respectfully submitted,

*/s/ Stephanie K. Baron*
Stephanie K. Baron (Fed. Bar No. 27417)
Paolo Pasicolan (Fed. Bar No. 28334)
Victoria K. Hoffberger (Fed. Bar No. 21231)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
(410) 727-6464
(410) 385-3700 (facsimile)
sbaron@milesstockbridge.com
ppasicolan@milesstockbridge.com
vhoffberger@milesstockbridge.com

*Attorneys for ZeniMax Online Studios LLC*