**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | | |
|---|---|---|
| **LEONA FAREN,** | * | |
| **Plaintiff,** | * | |
| v. | * | Case No. 1:23-cv-01270-MJM |
| **ZENIMAX ONLINE STUDIOS, LLC,** | * | |
| and | * | |
| **AP BENEFIT ADVISORS, LLC,** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

**UPON CONSIDERATION** of Defendant ZeniMax Online Studios LLC's Motion to Dismiss and Motion to Strike, the Memorandum in Support thereof, and any opposition thereto, it is this \_\_\_\_ day of _____, 2023, hereby

**ORDERED** that the Motion to Dismiss be and hereby is **GRANTED**; and it is further

**ORDERED** that the Motion to Strike be and hereby is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Amended Complaint is dismissed in its entirety, with prejudice as against Defendant ZeniMax Online Studios LLC.

**IT IS SO ORDERED.**

_____
Hon. Matthew J. Maddox
U.S. District Court Judge

cc:   All parties of record