## TABLE OF EXHIBITS

| Exhibit | Description | Page # |
|---|---|---|
| Exhibit A | Separation Agreement – filed under seal | 2, 17 |
| Exhibit B | Declaration of Michelle Cool | 2 |
| Exhibit C | Email/Letter confirming COBRA coverage | 3, 7 |
| Exhibit D | Termination of Benefits notice | 4 |
| Exhibit E | Enrollment Documents | 4, 5, 15 |
| Exhibit F | Summary Plan Description | 4, 11, 15 |
| Exhibit G | Explanation of Benefits | 4 |
| Exhibit H | Reprocessing of Claims – filed under seal | 5, 12 |