# EXHIBIT D

AP Benefit Advisors, LLC
Cobra/Retiree Trust
PO Box 42506
Philadelphia, PA  19101-2506



Leona Faren
1 HILLBROOK COURT
APT 104
TIMONIUM, MD 21093

11/7/2022

Dear Leona Faren:

You are hereby notified that your participation and that of your eligible qualified dependents, if any, in the ZeniMax Media Inc group health benefits continuation plan(s) listed below, will be or has been terminated on the date listed below.

**Plan Termination Information:**

| Plan Name | Coverage Level | Termination Reason | Termination Date |
|---|---|---|---|
| CareFirst BluePreferred 100/80 PPO | QB Only | Payment grace period expired | 9/30/2022 |
| MetLife DPPO | QB Only | Payment grace period expired | 9/30/2022 |
| Vision Service Plan | QB Only | Payment grace period expired | 9/30/2022 |

If you incurred any eligible expenses for which you are due reimbursement for the plan(s) listed above, you should file your claim with your insurance carrier(s) in the usual manner within the next 90 days.

*****  **In response to the COVID-19 pandemic, the U.S. Department of Labor (DOL) released a new final rule that temporarily extends the grace period for COBRA premium payments.  If you are being terminated for non-payment of COBRA premiums you have the option to extend your grace period.  The rule extends your grace period to 60 days after the end of the declared COVID-19 national emergency, or another date if provided by the agencies in future guidance.  For example, if the emergency declaration expires as written on June 29, 2020, the Outbreak Period will end on August 28, 2020, for instance.  ********

If your state provides continuation coverage options after the Federal COBRA continuation period expires, you should examine your options carefully before declining this coverage. You should be aware that companies selling individual health insurance typically require a review of your medical history that could result in a higher premium or you could be denied coverage entirely. Please contact the Customer Service Department at your insurance carrier to learn more about continuation coverage options that may be available to you.

Please note, we have used the information supplied by ZeniMax Media Inc to calculate your maximum continuation period under the plan(s) you were insured prior to your qualifying event. If there is a discrepancy between our calculation and the underwriting insurance carrier, the insurance carrier always governs. Please contact your insurance carrier(s) to determine the exact end of your maximum continuation period.

Finally, if you are receiving this letter due to the expiration of your maximum continuation period under COBRA, and if the last day of your continuation period occurred on a date in the middle of a calendar month, this letter may have been sent prior to receipt of your payment for your final partial month of coverage.  If you have not yet paid for your final partial month of coverage and still intend to do so, you have until the normal expiration of the payment grace period for this final month to postmark your payment.

If you have any questions regarding your COBRA continuation coverage, please contact our Customer Service Department at (800) 330-8065 during business hours.



For other (private) health insurance options in Maryland, DC or Northern Virginia you may contact tina@imctr.com or 240-207-2721.

Sincerely,

AP Benefit Advisors, LLC