# EXHIBIT F

# ZENIMAX MEDIA INC.

# ZENIMAX MEDIA INC. EMPLOYEE BENEFIT PLAN

_____

**SUMMARY PLAN DESCRIPTION**
_____

**Amendment and Restatement**
**Effective January 1, 2014**

ABOUT THIS SUMMARY

The following is a summary of some of the principal features of the ZeniMax Media Inc. Employee Benefit Plan (the "Plan").  We urge you to read this summary carefully.

This summary is the "Summary Plan Description" for the Plan and is meant to summarize the Plan in easy-to-understand language.  However, in the event of any ambiguity or any inconsistency between this Summary Plan Description and any formal Plan documents, the Plan documents will control.

Copies of the formal Plan documents for the Plan are on file at ZeniMax Media Inc. (the "Employer") and are available to you for inspection at a time and place mutually agreeable to you and to the Employer.

If anything in this Summary Plan Description is not clear to you, or if you have any questions about Plan benefits or Plan claims procedures, please contact the Plan Administrator c/o Human Resources Department.

When this Summary Plan Description uses the term "Plan Sponsor", it is referring to ZeniMax Media Inc., which sponsors the Plan.  When this Summary Plan Description uses the term "Employer" it is referring to ZeniMax Media Inc.

determination may be extended for up to 105 days, provided that the Reviewer notifies the Claimant of the circumstances requiring the extension and the date as of which the Reviewer expects to render a decision.  The extension notice will specifically explain the standards on which entitlement to a disability benefit is based, the unresolved issues that prevent a decision on the claim and the additional information needed from the Claimant to resolve those issues, and the Claimant shall be afforded at least 45 days within which to provide the specified information.

(d)<u>Manner and Content of Denial of Initial Claims</u>.  If the Reviewer denies a claim, it will provide to the Claimant a written or electronic notice that includes:

(i)A description of the specific reasons for the denial;

(ii)A reference to any Plan provision or insurance contract provision upon which the denial is based;

(iii)A description of any additional information that the Claimant must provide in order to perfect the claim (including an explanation of why the information is needed);

(iv)Notice that the Claimant has a right to request a review of the claim denial and information on the steps to be taken if the Claimant wishes to request a review of the claim denial;

(v) If applicable, a statement of the Claimant's right to bring a civil action under a Federal law called "ERISA" following any denial on review of the initial denial.

In addition, for a denial of health benefits or disability benefits, the following will be provided to the Claimant:

(i)A copy of any rule, guideline, protocol, or other similar criterion relied upon in making the adverse determination (or a statement that the same will be provided upon request by the Claimant and without charge); and

(ii)If the adverse determination is based on the Plan's medical necessity, experimental treatment or similar exclusion or limit, either an explanation of the scientific or clinical judgment applying the exclusion or limit to the Claimant's medical circumstances (or a statement that the same will be provided upon request by the Claimant and without charge).

(For an adverse benefit determination concerning a health claim involving urgent care, the information described in this Section may be provided to the Claimant orally within the permitted time frame, provided that a written or electronic notification in accordance with this Section is furnished not later than 3 days after the oral notification.)

## Reviews of Initially Denied Claims

If you submit a claim for Plan benefits and it is initially denied under the procedures described above, you may request a review of that denial under the following procedures.

(a)<u>Non-Health and Non-Disability Benefit Claims</u>.  For benefits other than health and disability benefits, a request for review of a denied claim must be made in writing to the Reviewer within 60 days after receiving notice of the initial denial of the claim.  The decision on review will be made within 60 days after the Reviewer's receipt of a request for review, unless special circumstances require an extension of time for processing, in which case a decision will be rendered not later than 120 days after receipt of a request for review.

The Reviewer will provide the Claimant an opportunity to review and receive, without charge, all relevant documents, information and records and to submit issues and comments in writing to the Reviewer.  The Reviewer will take into account all comments, documents, records and other information submitted by the Claimant relating to the claim regardless of whether the information was submitted or considered in the initial benefit determination.

(b)<u>Health and Disability Benefit Claims</u>.  A Claimant whose initial claim for health or disability benefits is denied may request a review of that denial by submitting the request in writing to the Reviewer no later than 180 days after the Claimant receives the notice of an adverse benefit determination.   Except as provided below for an expedited review of a denied urgent care health claim, a request for review must be submitted to the Reviewer in writing.

A Claimant may request an expedited review of a denied initial urgent care health claim.  Such a request may be made to the Reviewer orally or in writing and all necessary information, including the Plan's determination on review, will be transmitted between the Plan and the Claimant by telephone, facsimile or other available similarly expeditious method.

In addition to providing the right to review documents and submit comments as described in (a) above, a review will meet the following requirements:

(i)The Plan will provide a review that does not afford deference to the initial adverse benefit determination and that is conducted by an appropriate named fiduciary of the Plan who did not make the initial determination that is the subject of the appeal, nor is a subordinate of the individual who made the determination.

(ii)The appropriate named fiduciary of the Plan will consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment before making a decision on review of any adverse initial determination based in whole or in part on a medical judgment, including determinations with regard to whether a particular treatment, drug or other item is experimental, investigational or not medically necessary or appropriate.  The professional engaged for purposes of a consultation in the preceding sentence shall be an individual who was neither an individual who was consulted in connection with the initial determination that is the subject of the appeal, nor the subordinate of any such individual.

(iii)The Plan will identify to the Claimant the medical or vocational experts whose advice was obtained on behalf of the Plan in connection with the review determination, without regard to whether the advice was relied upon in making the review determination.

(c)Deadline for Review Decisions.

(i)Urgent Health Benefit Claims.  For urgent care health claims, the Reviewer will notify the Claimant of the Plan's determination on review as soon as possible, taking into account the medical exigencies, but not later than 72 hours after receipt of the Claimant's request for review of the initial adverse determination by the Plan.

(ii)Other Health Benefit Claims.

a.For a pre-service health claim, the Reviewer will notify the Claimant of the Plan's determination on review within a reasonable period of time appropriate to the medical circumstances, but in no event later than 30 days after receipt by the Plan of the Claimant's request for review of the initial adverse determination.

b.For a post-service health claim, the Reviewer will notify the Claimant of the Plan's benefit determination on review within a reasonable period of time, but in no event later than 60 days after receipt by the Plan of the Claimant's request for review of the initial adverse determination.

(iii)Disability Benefit Claims.  For disability claims, the decision on review will be made within 45 days after the Reviewer's receipt of a request for review, unless special circumstances require an extension of time for processing, in which case a decision will be rendered not later than 90 days after receipt of a request for review.

(d)Manner and Content of Notice of Decision on Review.  Upon completion of its review of an adverse initial claim determination, the Reviewer will provide the Claimant a written or electronic notice that includes:

(i)a description of its decision;

(ii)a description of the specific reasons for the decision;

(iii)a reference to any relevant Plan provision or insurance contract provision on which its decision is based;

(iv)a statement that the Claimant is entitled to receive, upon request and without charge, reasonable access to, and copies of, all documents, records and other information in the Plan's files which is relevant to the Claimant's claim for benefits;

(v)a statement describing the Claimant's right to bring an action for judicial review under ERISA §502(a), if applicable;

(vi)if an internal rule, guideline, protocol or other similar criterion was relied upon in making the adverse determination on review, a statement that a copy of the rule, guideline, protocol or other similar criterion will be provided without charge upon request; and

(vii)if the adverse determination on review is based on a medical necessity, experimental treatment or similar exclusion or limit, either an explanation of the scientific or clinical judgment on which the determination was based, applying the terms of the Plan to the Claimant's medical circumstances, or a statement that such an explanation will be provided without charge upon request.

## Calculation of Time Periods

For purposes of the time periods specified in this Claims Procedures section, the period during which a benefit determination must be made begins when a claim is filed in accordance with the Plan procedures without regard to whether all the information necessary to make a decision accompanies the claim.  If a time period is extended because a Claimant fails to submit all information necessary, the period for making the determination will be "frozen" from the date the notification requesting the additional information is sent to the Claimant until the day the Claimant responds.

## Claimant's Failure to Follow Procedures

A Claimant must follow the claims procedures described above to be entitled to file any legal action for benefits under the Plan (unless the Plan fails to follow those procedures).

17

**Plan's Failure to Follow Procedures**

If the Plan fails to follow the claims procedures described above, a Claimant will be deemed to have exhausted the administrative remedies available under the Plan and will be entitled to pursue any available remedy under ERISA on the basis that the Plan has failed to provide a reasonable claims procedure that would yield a decision on the merits of the claim.

**Insured Benefits and State Law**

With respect to any insured benefit under this Plan, nothing in the Plan's claims procedures will be construed to supersede any provision of any applicable State law that regulates insurance, except to the extent that such law prevents application of the Plan's claims procedures.

**Statute of Limitations for Plan Claims**

Please note that no legal action may be commenced or maintained to recover benefits under the Plan more than 12 months after the final review/appeal decision by the Plan Administrator has been rendered (or deemed rendered).

## Termination or Amendment of Plan

ZeniMax Media Inc. has the right, in its sole discretion, to terminate or amend any provision of the Plan at any time. In the event of the dissolution, merger, consolidation or reorganization of one of the participating Employers, the Plan will automatically terminate as to that Employer unless it is continued by the successor to that Employer.

Participants in the Plan have no Plan benefits after a Plan termination or a partial Plan termination affecting them, except with respect to covered events giving rise to benefits and occurring prior to the date of Plan termination or partial termination and except as otherwise expressly provided, in writing, by ZeniMax Media Inc.

## Certificates of Group Health Coverage

Under a federal law known as HIPAA, the Plan is required to provide a "Certificate of Group Health Plan Coverage" (also known as a "Certificate of Creditable Coverage"), upon request from any person who is currently covered under the Plan's medical coverage or who had medical coverage under the Plan within the previous 24 months. A current or former participant or dependent may request a Certificate of Group Health Plan Coverage by writing, visiting or calling the Plan Administrator at the address or phone number provided later in this Summary.

A Certificate of Group Health Coverage is evidence of your (and/or one or more of your dependent's) coverage under this plan. Under HIPAA, you or a dependent may need evidence of coverage to reduce a preexisting condition exclusion period under another plan, to help get special enrollment in another plan, or to get certain types of individual health coverage even if you have (or your dependent has) health problems.

If a current or former participant or dependent requests a certificate from the Plan, the Plan will mail the certificate to the person requesting it, by first class mail, within 7 business days after receiving a request. If an individual requests that a certificate be sent to another person or entity, such as another employer's plan, the Plan will mail the certificate to the designated recipient, within the same time period.

If a Certificate of Group Health Coverage applies to more than one person and the coverage information is identical for each person, one certificate may be provided for all individuals for whom a certificate was requested, as long as they all reside at the same address (according to information provided to the Plan Administrator). Separate certificates will be provided to an individual if the information regarding that individual is not identical or if he or she resides at a different address.

The Certificate of Group Health Coverage requirements apply only to the Plan's medical coverage. If you have any questions about your coverage under any of the Plan's other benefits, you may also contact the Plan Administrator for help, but the Plan is not required to provide a certificate of coverage.

## No Continued Employment

The Plan and this Summary Plan Description do not give any employee any rights of continued employment with ZeniMax Media Inc. or prohibit changes in the terms of employment of any employee covered by the Plan.