# EXHIBIT G


**CareFirst**
*Family of health care plans*

NATIONAL ACCOUNTS DEDICATED SERVICE*
PO BOX 14114
LEXINGTON KY 40512-4114

>001399 3249185 0001 92007 20Z

LEONA FAREN
1 HILLBROOK CT APT 104
TIMONIUM MD  21093-2449



**Statement Date**
March 10, 2023

**Group Number**
5801715 DC40

**Member ID**
839041220

## Hi Leona

### Welcome to your Explanation of Benefits (EOB)

You or someone on your CareFirst BlueCross BlueShield insurance plan recently received healthcare. This is not a bill. Here, we'll explain what your CareFirst benefits covered and how much you may owe providers for the care received.

The plan provides administrative claims payment service only and does not assume any financial risk or obligation with respect to claims.

CareFirst BlueCross BlueShield is the shared business name of CareFirst of Maryland, Inc. and Group Hospitalization and Medical Services, Inc. CareFirst BlueCross BlueShield Medicare Advantage is the shared business name of CareFirst Advantage, Inc., CareFirst Advantage PPO, Inc. and CareFirst Advantage DSNP, Inc. CareFirst BlueCross BlueShield Community Health Plan Maryland is the business name of CareFirst Community Partners, Inc. CareFirst BlueCross BlueShield Community Health Plan District of Columbia is the business name of Trusted Health Plan (District of Columbia), Inc. In the District of Columbia and Maryland, CareFirst MedPlus is the business name of First Care, Inc. In Virginia, CareFirst MedPlus is the business name of First Care, Inc. of Maryland (used in VA by: First Care, Inc.). CareFirst of Maryland, Inc., Group Hospitalization and Medical Services, Inc., CareFirst Advantage, Inc., CareFirst Advantage DSNP, Inc., CareFirst Community Partners, Inc., Trusted Health Plan (District of Columbia), Inc., CareFirst BlueChoice, Inc., First Care, Inc., and The Dental Network, Inc. are independent licensees of the Blue Cross and Blue Shield Association. BLUE CROSS®, BLUE SHIELD® and the Cross and Shield Symbols are registered service marks of the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans.

NSEOBI 05-21

### Need Help?
833-895-0288
www.carefirst.com/eob

**CareFirst**
Family of health care plans

LEONA FAREN
1 HILLBROOK CT APT 104
TIMONIUM MD  21093-2449

---

If you disagree with this benefit determination, you can appeal. You may call our customer service representatives for assistance at the telephone number in the top right corner of this statement. You may also refer to the member grievance procedure in your policy.

Notice regarding extended time period to appeal. Note: in accordance with irs and dol guidance, the time period for filing internal appeals is extended 180 days in addition external appeals are extended until 4 months after the "outbreak period" ends (the outbreak period is a date that is 60 days after the expiration date of the national emergency). The end of the emergency that yet to be announced. If you have any questions about the timeline extension, please call the number on the back of your id card.

---

Employee Retirement Income Security Act (ERISA). If you are enrolled through an employer sponsored or other group health benefit plan that is subject to ERISA, and receive an adverse benefit determination on your appeal(s), you may bring a civil action under section 502(A) of ERISA in general, ERISA does not cover group health plans established or maintained by governmental entities (federal, state and municipal) for their employees or by churches for their employees. To determine whether ERISA applies to your group health benefit plan. Please contact your employer group administrator, or plan sponsor. CareFirst is not able to determine your group plan's status.

---

Important notice required by federal law. Please keep this document. It contains information that you may need for your personal records. This Explanation of Benefits serves as notice of an adverse benefit determination. We have declined to provide benefits (payment), in whole or in part, for the requested health care service or treatment described above. You have the right to have diagnosis and treatment codes sent to you, as well. You can request copies of this information by contacting us at the customer service number included at the top of this form. Responses to this request will be sent to you in writing. If you are unsure about your diagnosis and treatment you may want to discuss this matter with your health care provider. Your rights regarding appeals may vary according to the status of your group coverage under health care reform. Please check with your group administrator as to whether your health care plan is considered grandfathered or non-grandfathered. Grandfathered and non-grandfathered groups internal appeal process. You, or an individual you appoint to represent you, or your health care provider acting on your behalf, have the right to file an appeal to CareFirst.

---

Please file your written appeal within 180 days of the date of this notice to the Mail Administrator address noted below. Mail Administrator PO Box 14114 Lexington, KY 40512-4114. Include any additional information that you would like us to consider regarding this claim. CareFirst will respond to you, and your authorized representative, and your health care provider acting on your behalf, within 60 days of receiving this appeal. Internal urgent care appeal. If your situation meets the definition of urgent under the law, your review will be conducted on an expedited basis. Generally, an urgent situation is one in which your life, health, ability to regain maximum function are seriously jeopardized, or, in the opinion of your health care provider, would subject you to severe pain that cannot be adequately managed, while you wait for a decision on your appeal. If you believe your situation is urgent, you may request an expedited appeal orally (Please contact the customer service number on the back of your membership card) or in writing. CareFirst will respond with a benefit determination within 72 hours of receipt of the qualified expedited request for appeal.

---

CareFirst
Family of health care plans

Case 1:23-cv-01270-EA   Document 34-10   Filed 08/18/23   Page 4 of 16

LEONA FAREN
1 HILLBROOK CT APT 104
TIMONIUM MD  21093-2449

CareFirst will respond by telephone, facsimile, or by other available similarly expeditious method. Non-grandfathered groups external appeal process. Upon exhaustion of our internal appeal process, you may have the right to have our decision reviewed by health care professionals who have no association with us by submitting a written request for external review to the following address within 4 months of the receipt of the decision: Central Appeals and Analysis Unit P.O. Box 17636 Baltimore, MD 21298-9375. Eligible external review appeals will then be forwarded to an independent review organization for review and decision. Except as described in this document, the external review process is available only if our determination is upheld after you file an appeal with us. Grandfathered groups external appeal process. Please review your benefit booklet/health benefit contract or check with your group administrator to determine processes to follow for filing an external appeal. Grandfathered and non-grandfathered groups questions. You may call the telephone number on the back of your member ID card if you: are not sure what this explanation regarding your claim means; have unanswered questions about how to request an appeal;

Or wish to request, at no charge, copies of the relevant information regarding your claim, including copies of the benefit provision, guideline, protocol or other similar criterion on which this determination was based. Consumer assistance. There is help available to you, or your representative, if you wish to dispute the decision of the plan about payment for health care services. You may contact the Health Education and Advocacy Unit (HEAU) of Maryland's Consumer Protection Division, a Maryland state agency, at the following address: Health Education and Advocacy Unit Consumer Protection Division Office of the Attorney General 200 St Paul Place,16th floor Baltimore, MD 21202 phone: (410) 528-1840 or toll-free 1 (877) 261-8807 Fax: (410) 576- 6571 website: http://www.oag.state.md.us/consumer/heau.htm the HEAU can help you and your health care provider prepare an appeal to file under the carrier's internal appeal procedure. That unit can also attempt to mediate a resolution to your dispute. The HEAU is not available to represent or accompany you during any proceeding of the internal appeal process. For questions about your rights, this notice,

Or for assistance, you can contact the Employee Benefits Security Administration at 1(866) 444- EBSA (3272) or on line at http://www.dol.gov/ebsa/healthreform Employee Retirement Income Security Act (ERISA). If you are enrolled through a health benefit plan that is subject to ERISA, and receive an adverse benefit determination on your appeal(s), you may bring a civil action under section 502(A) of ERISA. To determine whether ERISA applies to your health benefit plan, please contact your employer, group administrator, or plan sponsor.

**TRANSLATION SERVICES ARE AVAILABLE FOR THE FOLLOWING LANGUAGES**

Spanish (Español): Para obtener asistencia en español, consulte el número de teléfono indicado en la parte superior de este formulario de EOB.

Tagalog (Tagalog): Para makakuha ng tulong sa Tagalog, mangyaring tingnan ang numero ng telepono na nakalista sa itaas ng EOB form na ito.

Chinese (中文): 要獲得中文幫助，請參閱此EOB表格頂端列出的電話號碼。

Navajo (Dine): Áká'a'ayeed jinízingo Diné k'ehjí, t'áá shǫǫdí béésh bee haní'í bee wolta' yisdzohígíí diniih'įh díí EOB naaltsoos bikáá'jigo yisdzoh.

![CareFirst - Family of health care plans]

NATIONAL ACCOUNTS DEDICATED SERVICE*
PO BOX 14114
LEXINGTON KY 40512-4114

>009200 7499384 0001 92007 20Z

LEONA FAREN
1 HILLBROOK CT APT 104
TIMONIUM MD  21093-2449



**Statement Date**
January 20, 2023

**Group Number**
5801715 DC40

**Member ID**
839041220

# Hi Leona
## Welcome to your Explanation of Benefits (EOB)

You or someone on your CareFirst BlueCross BlueShield insurance plan recently received healthcare. This is not a bill. Here, we'll explain what your CareFirst benefits covered and how much you may owe providers for the care received.

The plan provides administrative claims payment service only and does not assume any financial risk or obligation with respect to claims.

CareFirst BlueCross BlueShield is the shared business name of CareFirst of Maryland, Inc. and Group Hospitalization and Medical Services, Inc. CareFirst BlueCross BlueShield Medicare Advantage is the shared business name of CareFirst Advantage, Inc., CareFirst Advantage PPO, Inc. and CareFirst Advantage DSNP, Inc. CareFirst BlueCross BlueShield Community Health Plan Maryland is the business name of CareFirst Community Partners, Inc. CareFirst BlueCross BlueShield Community Health Plan District of Columbia is the business name of Trusted Health Plan (District of Columbia), Inc. In the District of Columbia and Maryland, CareFirst MedPlus is the business name of First Care, Inc. In Virginia, CareFirst MedPlus is the business name of First Care, Inc. of Maryland (used in VA by: First Care, Inc.). CareFirst of Maryland, Inc., Group Hospitalization and Medical Services, Inc., CareFirst Advantage, Inc., CareFirst Advantage DSNP, Inc., CareFirst Community Partners, Inc., Trusted Health Plan (District of Columbia), Inc., CareFirst BlueChoice, Inc., First Care, Inc., and The Dental Network, Inc. are independent licensees of the Blue Cross and Blue Shield Association. BLUE CROSS®, BLUE SHIELD® and the Cross and Shield Symbols are registered service marks of the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans.

NSEOBI 05-21

## Need Help?
833-895-0288
www.carefirst.com/eob

**CareFirst**
Family of health care plans

LEONA FAREN
1 HILLBROOK CT APT 104
TIMONIUM MD  21093-2449

If you disagree with this benefit determination, you can appeal. You may call our customer service representatives for assistance at the telephone number in the top right corner of this statement. You may also refer to the member grievance procedure in your policy.

Notice regarding extended time period to appeal. Note: in accordance with irs and dol guidance, the time period for filing internal appeals is extended 180 days in addition external appeals are extended until 4 months after the "outbreak period" ends (the outbreak period is a date that is 60 days after the expiration date of the national emergency). The end of the emergency that yet to be announced. If you have any questions about the timeline extension, please call the number on the back of your id card.

Employee Retirement Income Security Act (ERISA). If you are enrolled through an employer sponsored or other group health benefit plan that is subject to ERISA, and receive an adverse benefit determination on your appeal(s), you may bring a civil action under section 502(A) of ERISA in general, ERISA does not cover group health plans established or maintained by governmental entities (federal, state and municipal) for their employees or by churches for their employees. To determine whether ERISA applies to your group health benefit plan. Please contact your employer group administrator, or plan sponsor. CareFirst is not able to determine your group plan's status.

Important notice required by federal law. Please keep this document. It contains information that you may need for your personal records. This Explanation of Benefits serves as notice of an adverse benefit determination. We have declined to provide benefits (payment), in whole or in part, for the requested health care service or treatment described above. You have the right to have diagnosis and treatment codes sent to you, as well. You can request copies of this information by contacting us at the customer service number included at the top of this form. Responses to this request will be sent to you in writing. If you are unsure about your diagnosis and treatment you may want to discuss this matter with your health care provider. Your rights regarding appeals may vary according to the status of your group coverage under health care reform. Please check with your group administrator as to whether your health care plan is considered grandfathered or non-grandfathered. Grandfathered and non-grandfathered groups internal appeal process. You, or an individual you appoint to represent you, or your health care provider acting on your behalf, have the right to file an appeal to CareFirst.

Please file your written appeal within 180 days of the date of this notice to the Mail Administrator address noted below. Mail Administrator PO Box 14114 Lexington, KY 40512-4114. Include any additional information that you would like us to consider regarding this claim. CareFirst will respond to you, and your authorized representative, and your health care provider acting on your behalf, within 60 days of receiving this appeal. Internal urgent care appeal. If your situation meets the definition of urgent under the law, your review will be conducted on an expedited basis. Generally, an urgent situation is one in which your life, health, ability to regain maximum function are seriously jeopardized, or, in the opinion of your health care provider, would subject you to severe pain that cannot be adequately managed, while you wait for a decision on your appeal. If you believe your situation is urgent, you may request an expedited appeal orally (Please contact the customer service number on the back of your membership card) or in writing. CareFirst will respond with a benefit determination within 72 hours of receipt of the qualified expedited request for appeal.

CareFirst will respond by telephone, facsimile, or by other available similarly expeditious method. Non-grandfathered groups external appeal process. Upon exhaustion of our internal appeal process, you may have the right to have our decision reviewed by health care professionals who have no association with us by submitting a written request for external review to the following address within 4 months of the receipt of the decision: Central Appeals and Analysis Unit P.O. Box 17636 Baltimore, MD 21298-9375. Eligible external review appeals will then be forwarded to an independent review organization for review and decision. Except as described in this document, the external review process is available only if our determination is upheld after you file an appeal with us. Grandfathered groups external appeal process. Please review your benefit booklet/health benefit contract or check with your group administrator to determine processes to follow for filing an external appeal. Grandfathered and non-grandfathered groups questions. You may call the telephone number on the back of your member ID card if you: are not sure what this explanation regarding your claim means; have unanswered questions about how to request an appeal;

Or wish to request, at no charge, copies of the relevant information regarding your claim, including copies of the benefit provision, guideline, protocol or other similar criterion on which this determination was based. Consumer assistance. There is help available to you, or your representative, if you wish to dispute the decision of the plan about payment for health care services. You may contact the Health Education and Advocacy Unit (HEAU) of Maryland's Consumer Protection Division, a Maryland state agency, at the following address: Health Education and Advocacy Unit Consumer Protection Division Office of the Attorney General 200 St Paul Place,16th floor Baltimore, MD 21202 phone: (410) 528-1840 or toll-free 1 (877) 261-8807 Fax: (410) 576- 6571 website: http://www.oag.state.md.us/consumer/heau.htm the HEAU can help you and your health care provider prepare an appeal to file under the carrier's internal appeal procedure. That unit can also attempt to mediate a resolution to your dispute. The HEAU is not available to represent or accompany you during any proceeding of the internal appeal process. For questions about your rights, this notice,

Or for assistance, you can contact the Employee Benefits Security Administration at 1(866) 444- EBSA (3272) or on line at http://www.dol.gov/ebsa/healthreform Employee Retirement Income Security Act (ERISA). If you are enrolled through a health benefit plan that is subject to ERISA, and receive an adverse benefit determination on your appeal(s), you may bring a civil action under section 502(A) of ERISA. To determine whether ERISA applies to your health benefit plan, please contact your employer, group administrator, or plan sponsor.

**TRANSLATION SERVICES ARE AVAILABLE FOR THE FOLLOWING LANGUAGES**

**Spanish (Español):** Para obtener asistencia en español, consulte el número de teléfono indicado en la parte superior de este formulario de EOB.

**Tagalog (Tagalog):** Para makakuha ng tulong sa Tagalog, mangyaring tingnan ang numero ng telepono na nakalista sa itaas ng EOB form na ito.

**Chinese (中文):** 要獲得中文幫助，請參閱此EOB表格頂端列出的電話號碼。

**Navajo (Dine):** Áká'a'ayeed jinízingo Diné k'ehji, t'áá shoodí béésh bee hani'í bee wolta' yisdzohígíí dinlíí'įį dii EOB naaltsoos bikáá'jigo yisdzoh.

![CareFirst - Family of health care plans]

NATIONAL ACCOUNTS DEDICATED SERVICE*
PO BOX 14114
LEXINGTON KY 40512-4114

>006996 3173185 0001 92007 10Z

LEONA FAREN
1 HILLBROOK CT APT 104
TIMONIUM MD  21093-2449



**Statement Date**
March 03, 2023

**Group Number**
5801715 DC40

**Member ID**
839041220

# Hi Leona

## Welcome to your Explanation of Benefits (EOB)

You or someone on your CareFirst BlueCross BlueShield insurance plan recently received healthcare. This is not a bill. Here, we'll explain what your CareFirst benefits covered and how much you may owe providers for the care received.

The plan provides administrative claims payment service only and does not assume any financial risk or obligation with respect to claims.

CareFirst BlueCross BlueShield is the shared business name of CareFirst of Maryland, Inc. and Group Hospitalization and Medical Services, Inc. CareFirst BlueCross BlueShield Medicare Advantage is the shared business name of CareFirst Advantage, Inc., CareFirst Advantage PPO, Inc. and CareFirst Advantage DSNP, Inc. CareFirst BlueCross BlueShield Community Health Plan Maryland is the business name of CareFirst Community Partners, Inc. CareFirst BlueCross BlueShield Community Health Plan District of Columbia is the business name of Trusted Health Plan (District of Columbia), Inc. In the District of Columbia and Maryland, CareFirst MedPlus is the business name of First Care, Inc. In Virginia, CareFirst MedPlus is the business name of First Care, Inc. of Maryland (used in VA by: First Care, Inc.). CareFirst of Maryland, Inc., Group Hospitalization and Medical Services, Inc., CareFirst Advantage, Inc., CareFirst Advantage DSNP, Inc., CareFirst Community Partners, Inc., Trusted Health Plan (District of Columbia), Inc., CareFirst BlueChoice, Inc., First Care, Inc., and The Dental Network, Inc. are independent licensees of the Blue Cross and Blue Shield Association. BLUE CROSS®, BLUE SHIELD® and the Cross and Shield Symbols are registered service marks of the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans.

## Need Help? 💬
833-895-0288
www.carefirst.com/eob

**CareFirst**
Family of health care plans

LEONA FAREN
1 HILLBROOK CT APT 104
TIMONIUM MD  21093-2449

---

If you disagree with this benefit determination, you can appeal. You may call our customer service representatives for assistance at the telephone number in the top right corner of this statement. You may also refer to the member grievance procedure in your policy.

---

Notice regarding extended time period to appeal. Note: in accordance with irs and dol guidance, the time period for filing internal appeals is extended 180 days in addition external appeals are extended until 4 months after the "outbreak period" ends (the outbreak period is a date that is 60 days after the expiration date of the national emergency). The end of the emergency that yet to be announced. If you have any questions about the timeline extension, please call the number on the back of your id card.

---

Employee Retirement Income Security Act (ERISA). If you are enrolled through an employer sponsored or other group health benefit plan that is subject to ERISA, and receive an adverse benefit determination on your appeal(s), you may bring a civil action under section 502(A) of ERISA in general, ERISA does not cover group health plans established or maintained by governmental entities (federal, state and municipal) for their employees or by churches for their employees. To determine whether ERISA applies to your group health benefit plan. Please contact your employer group administrator, or plan sponsor. CareFirst is not able to determine your group plan's status.

---

Important notice required by federal law. Please keep this document. It contains information that you may need for your personal records. This Explanation of Benefits serves as notice of an adverse benefit determination. We have declined to provide benefits (payment), in whole or in part, for the requested health care service or treatment described above. You have the right to have diagnosis and treatment codes sent to you, as well. You can request copies of this information by contacting us at the customer service number included at the top of this form. Responses to this request will be sent to you in writing. If you are unsure about your diagnosis and treatment you may want to discuss this matter with your health care provider. Your rights regarding appeals may vary according to the status of your group coverage under health care reform. Please check with your group administrator as to whether your health care plan is considered grandfathered or non-grandfathered. Grandfathered and non-grandfathered groups internal appeal process. You, or an individual you appoint to represent you, or your health care provider acting on your behalf, have the right to file an appeal to CareFirst.

---

Please file your written appeal within 180 days of the date of this notice to the Mail Administrator address noted below. Mail Administrator PO Box 14114 Lexington, KY 40512-4114. Include any additional information that you would like us to consider regarding this claim. CareFirst will respond to you, and your authorized representative, and your health care provider acting on your behalf, within 60 days of receiving this appeal. Internal urgent care appeal. If your situation meets the definition of urgent under the law, your review will be conducted on an expedited basis. Generally, an urgent situation is one in which your life, health, ability to regain maximum function are seriously jeopardized, or, in the opinion of your health care provider, would subject you to severe pain that cannot be adequately managed, while you wait for a decision on your appeal. If you believe your situation is urgent, you may request an expedited appeal orally (Please contact the customer service number on the back of your membership card) or in writing. CareFirst will respond with a benefit determination within 72 hours of receipt of the qualified expedited request for appeal.

---

CareFirst will respond by telephone, facsimile, or by other available similarly expeditious method. Non-grandfathered groups external appeal process. Upon exhaustion of our internal appeal process, you may have the right to have our decision reviewed by health care professionals who have no association with us by submitting a written request for external review to the following address within 4 months of the receipt of the decision: Central Appeals and Analysis Unit P.O. Box 17636 Baltimore, MD 21298-9375. Eligible external review appeals will then be forwarded to an independent review organization for review and decision. Except as described in this document, the external review process is available only if our determination is upheld after you file an appeal with us. Grandfathered groups external appeal process. Please review your benefit booklet/health benefit contract or check with your group administrator to determine processes to follow for filing an external appeal. Grandfathered and non-grandfathered groups questions. You may call the telephone number on the back of your member ID card if you: are not sure what this explanation regarding your claim means; have unanswered questions about how to request an appeal;

---

Or wish to request, at no charge, copies of the relevant information regarding your claim, including copies of the benefit provision, guideline, protocol or other similar criterion on which this determination was based. Consumer assistance. There is help available to you, or your representative, if you wish to dispute the decision of the plan about payment for health care services. You may contact the Health Education and Advocacy Unit (HEAU) of Maryland's Consumer Protection Division, a Maryland state agency, at the following address: Health Education and Advocacy Unit Consumer Protection Division Office of the Attorney General 200 St Paul Place,16th floor Baltimore, MD 21202 phone: (410) 528-1840 or toll-free 1 (877) 261-8807 Fax: (410) 576- 6571 website: http://www.oag.state.md.us/consumer/heau.htm the HEAU can help you and your health care provider prepare an appeal to file under the carrier's internal appeal procedure. That unit can also attempt to mediate a resolution to your dispute. The HEAU is not available to represent or accompany you during any proceeding of the internal appeal process. For questions about your rights, this notice,

---

Or for assistance, you can contact the Employee Benefits Security Administration at 1(866) 444- EBSA (3272) or on line at http://www.dol.gov/ebsa/healthreform Employee Retirement Income Security Act (ERISA). If you are enrolled through a health benefit plan that is subject to ERISA, and receive an adverse benefit determination on your appeal(s), you may bring a civil action under section 502(A) of ERISA. To determine whether ERISA applies to your health benefit plan, please contact your employer, group administrator, or plan sponsor.

**TRANSLATION SERVICES ARE AVAILABLE FOR THE FOLLOWING LANGUAGES**

**Spanish (Español):** Para obtener asistencia en español, consulte el número de teléfono indicado en la parte superior de este formulario de EOB.

**Tagalog (Tagalog):** Para makakuha ng tulong sa Tagalog, mangyaring tingnan ang numero ng telepono na nakalista sa itaas ng EOB form na ito.

**Chinese (中文):** 要獲得中文幫助，請參閱此EOB表格頂端列出的電話號碼。

**Navajo (Dine):** Áká'a'ayeed jinízingo Diné k'ehjí, t'áá shǫǫdí béésh bee hani'í bee wolta' yisdzohígíí diniih'įį́ díí EOB naaltsoos bikáá'jigo yisdzoh.

**CareFirst**
**Family of health care plans**

NATIONAL ACCOUNTS DEDICATED SERVICE*
PO BOX 14114
LEXINGTON KY 40512-4114

>009665 3344595 0001 92007 20Z

LEONA FAREN
1 HILLBROOK CT APT 104
TIMONIUM MD  21093-2449



**Statement Date**
March 17, 2023

**Group Number**
5801715 DC40

**Member ID**
839041220

# Hi Leona

## Welcome to your Explanation of Benefits (EOB)

You or someone on your CareFirst BlueCross BlueShield insurance plan recently received healthcare. This is not a bill. Here, we'll explain what your CareFirst benefits covered and how much you may owe providers for the care received.

The plan provides administrative claims payment service only and does not assume any financial risk or obligation with respect to claims.

CareFirst BlueCross BlueShield is the shared business name of CareFirst of Maryland, Inc. and Group Hospitalization and Medical Services, Inc. CareFirst BlueCross BlueShield Medicare Advantage is the shared business name of CareFirst Advantage, Inc., CareFirst Advantage PPO, Inc. and CareFirst Advantage DSNP, Inc. CareFirst BlueCross BlueShield Community Health Plan Maryland is the business name of CareFirst Community Partners, Inc. CareFirst BlueCross BlueShield Community Health Plan District of Columbia is the business name of Trusted Health Plan (District of Columbia), Inc. In the District of Columbia and Maryland, CareFirst MedPlus is the business name of First Care, Inc. In Virginia, CareFirst MedPlus is the business name of First Care, Inc. of Maryland (used in VA by: First Care, Inc.). CareFirst of Maryland, Inc., Group Hospitalization and Medical Services, Inc., CareFirst Advantage, Inc., CareFirst Advantage DSNP, Inc., CareFirst Community Partners, Inc., Trusted Health Plan (District of Columbia), Inc., CareFirst BlueChoice, Inc., First Care, Inc., and The Dental Network, Inc. are independent licensees of the Blue Cross and Blue Shield Association. BLUE CROSS®, BLUE SHIELD® and the Cross and Shield Symbols are registered service marks of the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans.

## Need Help?
833-895-0288
www.carefirst.com/eob

If you disagree with this benefit determination, you can appeal. You may call our customer service representatives for assistance at the telephone number in the top right corner of this statement. You may also refer to the member grievance procedure in your policy.

Notice regarding extended time period to appeal. Note: in accordance with irs and dol guidance, the time period for filing internal appeals is extended 180 days in addition external appeals are extended until 4 months after the "outbreak period" ends (the outbreak period is a date that is 60 days after the expiration date of the national emergency). The end of the emergency that yet to be announced. If you have any questions about the timeline extension, please call the number on the back of your id card.

Employee Retirement Income Security Act (ERISA). If you are enrolled through an employer sponsored or other group health benefit plan that is subject to ERISA, and receive an adverse benefit determination on your appeal(s), you may bring a civil action under section 502(A) of ERISA in general, ERISA does not cover group health plans established or maintained by governmental entities (federal, state and municipal) for their employees or by churches for their employees. To determine whether ERISA applies to your group health benefit plan. Please contact your employer group administrator, or plan sponsor. CareFirst is not able to determine your group plan's status.

Important notice required by federal law. Please keep this document. It contains information that you may need for your personal records. This Explanation of Benefits serves as notice of an adverse benefit determination. We have declined to provide benefits (payment), in whole or in part, for the requested health care service or treatment described above. You have the right to have diagnosis and treatment codes sent to you, as well. You can request copies of this information by contacting us at the customer service number included at the top of this form. Responses to this request will be sent to you in writing. If you are unsure about your diagnosis and treatment you may want to discuss this matter with your health care provider. Your rights regarding appeals may vary according to the status of your group coverage under health care reform. Please check with your group administrator as to whether your health care plan is considered grandfathered or non-grandfathered. Grandfathered and non-grandfathered groups internal appeal process. You, or an individual you appoint to represent you, or your health care provider acting on your behalf, have the right to file an appeal to CareFirst.

Please file your written appeal within 180 days of the date of this notice to the Mail Administrator address noted below. Mail Administrator PO Box 14114 Lexington, KY 40512-4114. Include any additional information that you would like us to consider regarding this claim. CareFirst will respond to you, and your authorized representative, and your health care provider acting on your behalf, within 60 days of receiving this appeal. Internal urgent care appeal. If your situation meets the definition of urgent under the law, your review will be conducted on an expedited basis. Generally, an urgent situation is one in which your life, health, ability to regain maximum function are seriously jeopardized, or, in the opinion of your health care provider, would subject you to severe pain that cannot be adequately managed, while you wait for a decision on your appeal. If you believe your situation is urgent, you may request an expedited appeal orally (Please contact the customer service number on the back of your membership card) or in writing. CareFirst will respond with a benefit determination within 72 hours of receipt of the qualified expedited request for appeal.

CareFirst will respond by telephone, facsimile, or by other available similarly expeditious method. Non-grandfathered groups external appeal process. Upon exhaustion of our internal appeal process, you may have the right to have our decision reviewed by health care professionals who have no association with us by submitting a written request for external review to the following address within 4 months of the receipt of the decision: Central Appeals and Analysis Unit P.O. Box 17636 Baltimore, MD 21298-9375. Eligible external review appeals will then be forwarded to an independent review organization for review and decision. Except as described in this document, the external review process is available only if our determination is upheld after you file an appeal with us. Grandfathered groups external appeal process. Please review your benefit booklet/health benefit contract or check with your group administrator to determine processes to follow for filing an external appeal. Grandfathered and non-grandfathered groups questions. You may call the telephone number on the back of your member ID card if you: are not sure what this explanation regarding your claim means; have unanswered questions about how to request an appeal;

Or wish to request, at no charge, copies of the relevant information regarding your claim, including copies of the benefit provision, guideline, protocol or other similar criterion on which this determination was based. Consumer assistance. There is help available to you, or your representative, if you wish to dispute the decision of the plan about payment for health care services. You may contact the Health Education and Advocacy Unit (HEAU) of Maryland's Consumer Protection Division, a Maryland state agency, at the following address: Health Education and Advocacy Unit Consumer Protection Division Office of the Attorney General 200 St Paul Place,16th floor Baltimore, MD 21202 phone: (410) 528-1840 or toll-free 1 (877) 261-8807 Fax: (410) 576- 6571 website: http://www.oag.state.md.us/consumer/heau.htm the HEAU can help you and your health care provider prepare an appeal to file under the carrier's internal appeal procedure. That unit can also attempt to mediate a resolution to your dispute. The HEAU is not available to represent or accompany you during any proceeding of the internal appeal process. For questions about your rights, this notice,

Or for assistance, you can contact the Employee Benefits Security Administration at 1(866) 444- EBSA (3272) or on line at http://www.dol.gov/ebsa/healthreform Employee Retirement Income Security Act (ERISA). If you are enrolled through a health benefit plan that is subject to ERISA, and receive an adverse benefit determination on your appeal(s), you may bring a civil action under section 502(A) of ERISA. To determine whether ERISA applies to your health benefit plan, please contact your employer, group administrator, or plan sponsor.

**TRANSLATION SERVICES ARE AVAILABLE FOR THE FOLLOWING LANGUAGES**

**Spanish (Español):** Para obtener asistencia en español, consulte el número de teléfono indicado en la parte superior de este formulario de EOB.

**Tagalog (Tagalog):** Para makakuha ng tulong sa Tagalog, mangyaring tingnan ang numero ng telepono na nakalista sa itaas ng EOB form na ito.

**Chinese (中文):** 要獲得中文幫助，請參閱此EOB表格頂端列出的電話號碼。

**Navajo (Dine):** Áká'a'ayeed jinízingo Diné k'ehjí, t'áá shqodí béésh bee haní'í bee wolta' yisdzohígíí dinííł'įį́ díí EOB naaltsoos bikáa'jigo yisdzoh.



**CareFirst**
Family of health care plans

NATIONAL ACCOUNTS DEDICATED SERVICE*
PO BOX 14114
LEXINGTON KY 40512-4114

>002048 3060059 0001 92007 10Z

LEONA FAREN
1 HILLBROOK CT APT 104
TIMONIUM MD  21093-2449

**Statement Date**
February 24, 2023

**Group Number**
5801715 DC40

**Member ID**
839041220

# Hi Leona
## Welcome to your Explanation of Benefits (EOB)

You or someone on your CareFirst BlueCross BlueShield insurance plan recently received healthcare. This is not a bill. Here, we'll explain what your CareFirst benefits covered and how much you may owe providers for the care received.

The plan provides administrative claims payment service only and does not assume any financial risk or obligation with respect to claims.

CareFirst BlueCross BlueShield is the shared business name of CareFirst of Maryland, Inc. and Group Hospitalization and Medical Services, Inc. CareFirst BlueCross BlueShield Medicare Advantage is the shared business name of CareFirst Advantage, Inc., CareFirst Advantage PPO, Inc. and CareFirst Advantage DSNP, Inc. CareFirst BlueCross BlueShield Community Health Plan Maryland is the business name of CareFirst Community Partners, Inc. CareFirst BlueCross BlueShield Community Health Plan District of Columbia is the business name of Trusted Health Plan (District of Columbia), Inc. In the District of Columbia and Maryland, CareFirst MedPlus is the business name of First Care, Inc. In Virginia, CareFirst MedPlus is the business name of First Care, Inc. of Maryland (used in VA by: First Care, Inc.). CareFirst of Maryland, Inc., Group Hospitalization and Medical Services, Inc., CareFirst Advantage, Inc., CareFirst Advantage DSNP, Inc., CareFirst Community Partners, Inc., Trusted Health Plan (District of Columbia), Inc., CareFirst BlueChoice, Inc., First Care, Inc., and The Dental Network, Inc. are independent licensees of the Blue Cross and Blue Shield Association. BLUE CROSS®, BLUE SHIELD® and the Cross and Shield Symbols are registered service marks of the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans.

NSEOBI 05-21



**Need Help?**
833-895-0288
www.carefirst.com/eob

Page 1 of 9

![CareFirst Family of health care plans]

LEONA FAREN
PHILLBROOK CT APT 104
TIMONIUM MD  21093-2449

> If you disagree with this benefit determination, you can appeal. You may call our customer service representatives for assistance at the telephone number in the top right corner of this statement. You may also refer to the member grievance procedure in your policy.
>
> Notice regarding extended time period to appeal. Note: in accordance with irs and dol guidance, the time period for filing internal appeals is extended 180 days in addition external appeals are extended until 4 months after the "outbreak period" ends (the outbreak period is a date that is 60 days after the expiration date of the national emergency). The end of the emergency that yet to be announced. If you have any questions about the timeline extension, please call the number on the back of your id card.

Employee Retirement Income Security Act (ERISA). If you are enrolled through an employer sponsored or other group health benefit plan that is subject to ERISA, and receive an adverse benefit determination on your appeal(s), you may bring a civil action under section 502(A) of ERISA in general, ERISA does not cover group health plans established or maintained by governmental entities (federal, state and municipal) for their employees or by churches for their employees. To determine whether ERISA applies to your group health benefit plan. Please contact your employer group administrator, or plan sponsor. CareFirst is not able to determine your group plan's status.

Important notice required by federal law. Please keep this document. It contains information that you may need for your personal records. This Explanation of Benefits serves as notice of an adverse benefit determination. We have declined to provide benefits (payment), in whole or in part, for the requested health care service or treatment described above. You have the right to have diagnosis and treatment codes sent to you, as well. You can request copies of this information by contacting us at the customer service number included at the top of this form. Responses to this request will be sent to you in writing. If you are unsure about your diagnosis and treatment you may want to discuss this matter with your health care provider. Your rights regarding appeals may vary according to the status of your group coverage under health care reform. Please check with your group administrator as to whether your health care plan is considered grandfathered or non-grandfathered. Grandfathered and non-grandfathered groups internal appeal process. You, or an individual you appoint to represent you, or your health care provider acting on your behalf, have the right to file an appeal to CareFirst.

Please file your written appeal within 180 days of the date of this notice to the Mail Administrator address noted below. Mail Administrator PO Box 14114 Lexington, KY 40512-4114. Include any additional information that you would like us to consider regarding this claim. CareFirst will respond to you, and your authorized representative, and your health care provider acting on your behalf, within 60 days of receiving this appeal. Internal urgent care appeal. If your situation meets the definition of urgent under the law, your review will be conducted on an expedited basis. Generally, an urgent situation is one in which your life, health, ability to regain maximum function are seriously jeopardized, or, in the opinion of your health care provider, would subject you to severe pain that cannot be adequately managed, while you wait for a decision on your appeal. If you believe your situation is urgent, you may request an expedited appeal orally (Please contact the customer service number on the back of your membership card) or in writing. CareFirst will respond with a benefit determination within 72 hours of receipt of the qualified expedited request for appeal.

CareFirst
Family of health care plans

Case 1:23-cv-01270-EA   Document 34-10   Filed 08/18/23   Page 16 of 16

LEONA FAREN
PHILLBROOK CT APT 104
TIMONIUM MD  21093-2449

CareFirst will respond by telephone, facsimile, or by other available similarly expeditious method. Non-grandfathered groups external appeal process. Upon exhaustion of our internal appeal process, you may have the right to have our decision reviewed by health care professionals who have no association with us by submitting a written request for external review to the following address within 4 months of the receipt of the decision: Central Appeals and Analysis Unit P.O. Box 17636 Baltimore, MD 21298-9375. Eligible external review appeals will then be forwarded to an independent review organization for review and decision. Except as described in this document, the external review process is available only if our determination is upheld after you file an appeal with us. Grandfathered groups external appeal process. Please review your benefit booklet/health benefit contract or check with your group administrator to determine processes to follow for filing an external appeal. Grandfathered and non-grandfathered groups questions. You may call the telephone number on the back of your member ID card if you: are not sure what this explanation regarding your claim means; have unanswered questions about how to request an appeal;

Or wish to request, at no charge, copies of the relevant information regarding your claim, including copies of the benefit provision, guideline, protocol or other similar criterion on which this determination was based. Consumer assistance. There is help available to you, or your representative, if you wish to dispute the decision of the plan about payment for health care services. You may contact the Health Education and Advocacy Unit (HEAU) of Maryland's Consumer Protection Division, a Maryland state agency, at the following address: Health Education and Advocacy Unit Consumer Protection Division Office of the Attorney General 200 St Paul Place,16th floor Baltimore, MD 21202 phone: (410) 528-1840 or toll-free 1 (877) 261-8807 Fax: (410) 576- 6571 website: http://www.oag.state.md.us/consumer/heau.htm the HEAU can help you and your health care provider prepare an appeal to file under the carrier's internal appeal procedure. That unit can also attempt to mediate a resolution to your dispute. The HEAU is not available to represent or accompany you during any proceeding of the internal appeal process. For questions about your rights, this notice,

Or for assistance, you can contact the Employee Benefits Security Administration at 1(866) 444- EBSA (3272) or on line at http://www.dol.gov/ebsa/healthreform Employee Retirement Income Security Act (ERISA). If you are enrolled through a health benefit plan that is subject to ERISA, and receive an adverse benefit determination on your appeal(s), you may bring a civil action under section 502(A) of ERISA. To determine whether ERISA applies to your health benefit plan, please contact your employer, group administrator, or plan sponsor.

**TRANSLATION SERVICES ARE AVAILABLE FOR THE FOLLOWING LANGUAGES**

Spanish (Español): Para obtener asistencia en español, consulte el número de teléfono indicado en la parte superior de este formulario de EOB.

Tagalog (Tagalog): Para makakuha ng tulong sa Tagalog, mangyaring tingnan ang numero ng telepono na nakalista sa itaas ng EOB form na ito.

Chinese (中文): 要獲得中文幫助，請參閱此EOB表格頂端列出的電話號碼。

Navajo (Dine): Áká'a'ayeed jinízingo Diné k'ehjí, t'áá sho̜o̜dí béésh bee hani'í bee wolta' yisdzohígíí diniił'įį́ díí EOB naaltsoos bikáá'jigo yisdzoh.