UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

LEONA FAREN,                              *

    Plaintiff,                            *

v.                                        *       Case No. 1:23-cv-01270-MJM

                                          *

ZENIMAX ONLINE STUDIOS, LLC

And                                       *


AP BENEFIT ADVISORS, LLC                  *

           *

                                          *

    Defendants.
*      *      *      *      *      *      *      *      *      *      *      *      *

[PROPOSED] ORDER SEALING EXHIBITS A AND H TO
DEFENDANT ZENIMAX ONLINE STUDIOS LLC'S MOTION TO DISMISS AND
MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT

This Court having considered the Motion to Seal Exhibit A and H to Defendant ZeniMax

Online Studios LLC's Motion to Dismiss and Motion to Strike Plaintiff's Amended Complaint,

any response in opposition thereto, and good cause being shown therefor, it is this _____ day of

_____, 2023, hereby ORDERED that:

1. Defendant's Motion to Seal is GRANTED;

2. Exhibits A and H are SEALED;

3. The Clerk of Court SHALL SEAL Exhibits A and H to Defendant's Motion.


                              _____
                              Hon. Matthew J. Maddox
                              U.S. District Court Judge

3