# EXHIBIT 1

| | | | | | | |
|---|---|---|---|---|---|---|
| FRANKLIN SQUARE HOSPITAL  9000 FRANKLIN SQUARE DRI  BALTIMORE MD 212373998  4109332424 | PO BOX 418923  BOSTON MA 022418923 | | 3a PAT CNTL # 2103397689  b. MED REC # 904779680  5 FED. TAX NO. 520608007 | STATEMENT COVERS PERIOD  FROM 070522 THROUGH 070722 | | B13  4 TYPE OF BILL  0131 |
| 8 PATIENT NAME  FAREN, LEONA | 9 PATIENT ADDRESS  1 HILLBROOKS CT UNIT 104 UNIT 104  LUTHERVILLE TIM | | | MD 21093 | | |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 3 | 1 | | 01 | | | | | | | | | | | | | |

| CODE | DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 CODE | OCCURRENCE SPAN FROM THROUGH | 36 CODE | OCCURRENCE SPAN FROM THROUGH | 37 |
|---|---|---|---|---|---|---|---|---|---|
| 11 | 052422 | | | | | | | | |

| | 39 CODE | VALUE CODES AMOUNT | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|---|
| BLUE PREFERRED  PO BOX 14116  LEXINGTON, KY 405124116 | | | | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0250 | N463323048927ML3 | | 070522 | 3 | 2820 | | |
| 0250 | N471019010306ML1 | | 070722 | 1 | 594 | | |
| 0272 | STERILE SUPPLY | | 070522 | 15 | 157953 | | |
| 0278 | SUPPLY/IMPLANTS | C1789 | 070522 | 2 | 377986 | | |
| 0311 | PATHOLOGY/CYTOLOGY | 88300 | 070522 | 1 | 4788 | | |
| 0312 | PATHOLOGY/HYSTOL | 88302 | 070522 | 2 | 11972 | | |
| 0360 | OR SERVICES | 1934250 | 070522 | 1 | 735520 | | |
| 0360 | OR SERVICES | 5452050 | 070522 | 1 | 100 | | |
| 0360 | AIRWAYS SURGICAL PROCEDU | 31899 | 070522 | 1 | 100 | | |
| 0370 | ANESTHESIA | | 070522 | 124 | 37944 | | |
| 0636 | N400143992490UN2 | J0690 | 070522 | 4 | 260 | | |
| 0636 | N460505623105UN1 | J0690 | 070522 | 4 | 864 | | |
| 0636 | N400338050348ML2 | J1580 | 070522 | 2 | 556 | | |
| 0636 | N400409230517ML1 | J2250 | 070522 | 2 | 076 | | |
| 0636 | N400409909422ML3 | J3010 | 070522 | 3 | 726 | | |
| 0636 | N467457042312ML1 | J1100 | 070722 | 4 | 088 | | |
| 0636 | N455150016505ML1 | J2001 | 070722 | 1 | 065 | | |
| 0636 | N400641607825ML1 | J2405 | 070722 | 4 | 060 | | |
| 0636 | N400409469924ML1 | J2704 | 070722 | 100 | 2200 | | |
| 0636 | N400409469930ML2 | J2704 | 070722 | 40 | 880 | | |
| 0636 | N400409469933ML1 | J2704 | 070722 | 50 | 1100 | | |
| 0001 | PAGE 1 OF 1 | CREATION DATE 080822 | TOTALS | | 1336652 | | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL. INFO | 53 ASG. BEN. | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1184712085 |
|---|---|---|---|---|---|---|
| BLUE PREFERRED | | Y | Y | | | 57 OTHER PRV ID |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| FAREN, LEONA | 18 | EGY839041220 | | 005801715DC40006 |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| NOTREQ | | |

| 66 DX | F649 | F909 | | | | | | 67 |
|---|---|---|---|---|---|---|---|---|
| 0 | | | | | | | | |

| 69 ADMIT DX | 70 PATIENT REASON DX F649 F909 | 71 PPS CODE | 72 ECI | 73 |
|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1649390923 QUAL  LAST DEL CORRAL FIRST GABRIEL |
|---|---|---|---|---|
| c. OTHER PROCEDURE CODE DATE | d. OTHER PROCEDURE CODE DATE | e. OTHER PROCEDURE CODE DATE | | 77 OPERATING NPI 1649390923 QUAL  LAST DEL CORRAL FIRST GABRIEL |

| 80 REMARKS | 81CC a B3282N00000X  b  c  d | 78 OTHER NPI QUAL  LAST FIRST  79 OTHER NPI QUAL  LAST FIRST |
|---|---|---|

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   NUBC   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF