IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEONA FAREN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. NO. 1:23-CV-01270-MJM |
| | ) |
| ZENIMAX ONLINE STUDIOS, LLC, AND | ) |
| AP BENEFIT ADVISORS, LLC, | ) |
| | ) |
| Defendants. | |

**DEFENDANT AP BENEFIT ADVISORS, LLC'S CORPORATE DISCLOSURE STATEMENT**

As required by L.R. 7.1, Defendant AP Benefit Advisors, LLC ("Defendant AP"), provides the following information to the court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that are either related to the Plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the outcome of the case:*

AssuredPartners Capital, Inc.

*With respect to each entity named in the response to (a), the following describes its connection or interest in the litigation, or both:*

AssuredPartners Capital, Inc. is the sole owner of AP Benefit Advisors, LLC.

Respectfully submitted,

*/s/ Patrick Wilson*
Patrick Wilson, D. Md. No. _____
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, DC  20006
Tel.   (202) 887-0855
Fax.   (202) 887-0866
Email:  Patrick.wilson@ogletreedeakins.com

*Counsel for Defendant AP Benefit Advisors, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 13, 2023 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Denise M. Clark
Clark Law Group, PLLC
1100 Connecticut Avenue, N.W., Suite 920
Washington, D.C. 20036
dmclark@benefitcounsel.com

      Respectfully submitted,

      */s/ Patrick Wilson*
      Patrick Wilson