THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LEONA FAREN,** *Plaintiff*, v. **ZENIMAX ONLINE STUDIOS, LLC AND AP BENEFIT ADVISORS, LLC** *Defendant*. | Case No. 1:23-cv-01270 |

### NOTICE OF APPEARANCE OF JAMES J. MURPHY ON BEHALF OF DEFENDANT AP BENEFIT ADVISORS, LLC

PLEASE TAKE NOTICE that James J. Murphy of the law firm Ogletree, Deakins, Nash, Smoak, & Stewart, P.C., hereby enters his appearance for and on behalf of Defendant AP Benefit Advisors, LLC., in the above-captioned matter and requests that copies of all pleadings, motions, and other documents filed in this matter be served on the undersigned.

DATE:  January 11, 2023         Respectfully submitted,

   */s/James Murphy, Esq.*
James Murphy D. Md. 21592
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1909 K Street, N.W., Suite 1000
Washington, D. C.  20006
Tel:  (202) 887-0855
Fax:  (202) 887-0866
james.murphy@ogletree.com

*Counsel for Defendant AP Benefit Advisors, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was electronically filed and served via the Court's CM/ECF filing system on this 11th day of January 2024, upon:

Denise M. Clark, Esq.
Clark Law Group, PLLC
1100 Connecticut Avenue, N.W., Suite 920
Washington, D.C. 20036
(202) 293-0015
(202) 293-0115
dmclark@benefitcounsel.com

*Counsel for Plaintiff*

Paolo M. Pasicolan
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland 20202
(410) 727-6464
(410) 773-9089 (facsimile)
ppasicolan@milestockbridge.com

*Attorney for Defendant ZeniMax Online Studios, LLC*

                                                /s/James Murphy, Esq.
                                                James Murphy D. Md. 21592

*Counsel for Defendant AP Benefit Advisors, LLC*