THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LEONA FAREN,**<br><br>*Plaintiff*,<br><br>v.<br><br>**ZENIMAX ONLINE STUDIOS, LLC AND AP BENEFIT ADVISORS, LLC**<br><br>*Defendant*. | Case No. 1:23-cv-01270 |

## DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW PATRICK T. WILSON AS COUNSEL FOR DEFENDANT AP BENEFIT ADVISORS, LLC

Defendant AP Benefit Advisors, LLC ("Defendant AP") through undersigned counsel respectfully requests permission from this Court, pursuant to Local Civil Rule 101.2(b), to withdraw the appearance of Patrick T. Wilson on behalf of Defendant AP and certifies as follows:

1. James J. Murphy and Patrick T. Wilson are counsel of record for Defendant AP.

2. Mr. Wilson entered his appearance on behalf of Defendant AP on July 6, 2023 [ECF 15].

3. James J. Murphy entered his appearance on behalf on Defendant AP on January 11, 2024 [ECF 42].

4. The basis for withdrawal is Mr. Wilson's departure from Ogletree, Deakins, Nash, Smoak and Stewart, P.C.

5. Mr. Murphy will continue as counsel for Defendant AP in the above-captioned case, consequently Mr. Wilson's withdrawal will not prejudice the parties nor cause undue delay.

Wherefore, Defendant AP respectfully requests leave to withdraw the appearance of Patrick T. Wilson in the above-captioned case.

DATE:  January 11, 2024 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/James Murphy, Esq.*
　　　　　　　　　　　　　　　　　　　　　James Murphy D. Md. 21592
　　　　　　　　　　　　　　　　　　　　　Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
　　　　　　　　　　　　　　　　　　　　　1909 K Street, N.W., Suite 1000
　　　　　　　　　　　　　　　　　　　　　Washington, D. C.  20006
　　　　　　　　　　　　　　　　　　　　　Tel:  (202) 887-0855
　　　　　　　　　　　　　　　　　　　　　Fax:  (202) 887-0866
　　　　　　　　　　　　　　　　　　　　　james.murphy@ogletree.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant AP Benefit Advisors, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was electronically filed and served via the Court's CM/ECF filing system on this 11th day January 2024, upon:

Denise M. Clark, Esq.
Clark Law Group, PLLC
1100 Connecticut Avenue, N.W., Suite 920
Washington, D.C. 20036
(202) 293-0015
(202) 293-0115
dmclark@benefitcounsel.com

*Counsel for Plaintiff*

Paolo M. Pasicolan
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland 20202
(410) 727-6464
(410) 773-9089 (facsimile)
ppasicolan@milestockbridge.com

*Attorney for Defendant ZeniMax Online Studios, LLC*

                                                    /s/James Murphy, Esq.
                                                    James Murphy D. Md. 21592

                                                  *Counsel for Defendant AP Benefit Advisors, LLC*