## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**LEONA FAREN,**

        *Plaintiff*,

    v.

**ZENIMAX ONLINE STUDIOS, LLC AND
AP BENEFIT ADVISORS, LLC**

        *Defendant*.

Case No. 1:23-cv-01270

## PROPOSED ORDER

Upon consideration of Defendant AP Benefit Advisors, LLC's ("Defendant AP")

Motion for Leave to Withdraw Patrick T. Wilson, as Counsel for Defendant, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**.  The Court Clerk is directed to remove

the appearance of Patrick T. Wilson, Esq. from the docket of this case.


    **IT IS SO ORDERED**.

_____
Erin Aslan
United States District Court Judge