THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LEONA FAREN,**  *Plaintiff*,  v.  **ZENIMAX ONLINE STUDIOS, LLC AND AP BENEFIT ADVISORS, LLC**  *Defendant*. | Case No. 1:23-cv-01270 |

## **ORDER**

Upon consideration of Defendant AP Benefit Advisors, LLC's ("Defendant AP") Motion for Leave to Withdraw Patrick T. Wilson, as Counsel for Defendant, it is hereby **ORDERED** that Defendant's motion is **GRANTED**. The Court Clerk is directed to remove the appearance of Patrick T. Wilson, Esq. from the docket of this case.

**IT IS SO ORDERED**.

Date: January 12, 2024

Erin Aslan
United States District Court Judge