IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEONA FAREN )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZENIMAX ONLINE STUDIOS LLC )<br>GROUP, PLLC )<br>)<br>And )<br>)<br>AP BENEFIT ADVISORS, LLC )<br>)<br>Defendants. )<br>) | Civil Case No: 1:23-cv-01270-MJM |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(I), Plaintiff Leona Faren hereby dismisses AP Benefit Advisors, LLC as a Defendant in this action. Zenimax Online Studios LLC Group, PLLC remains a Defendant in this action. Plaintiff hereby dismisses AP Benefit Advisors, LLC is dismissed with prejudice.

Dated: January 17, 2024

                                                Respectfully submitted,

                                                  /s/Denise M. Clark
                                                Denise M. Clark (17385)
                                                Clark Law Group, PLLC
                                                1250 Connecticut Ave, NW, Ste. 700
                                                Washington, DC 20036
                                                Telephone: (202) 655-2239
                                                Facsimile:  (202)293-0015
                                                dmclark@benefitcounsel.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon opposing counsels via CM/ECF on January 17, 2024.

                                                /s/Denise M. Clark
                                                Denise M. Clark